# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MICHAEL BILDERBACK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS, et.al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:06-CV-1443 OWW DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CASE FOR PLAINTIFF'S FAILURE TO OBEY A COURT ORDER<br><br>(Doc. 4) |

　　Plaintiff Steven Michael Bilderback, a state prisoner has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　On February 29, 2008, the Magistrate Judge filed Findings and Recommendations herein which was served on plaintiff and which contained notice to the plaintiff that any objections to the Findings and Recommendations were to be filed within thirty days. More than thirty days have passed and plaintiff has not filed timely objections to the Findings and Recommendations.

　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 29, 2008, are adopted in full; and

2. This action is HEREBY DISMISSED based on plaintiff's failure to obey the court's order of January 14, 2008.

IT IS SO ORDERED.

Dated:   **April 14, 2008**                         /s/ Oliver W. Wanger
                                                    UNITED STATES DISTRICT JUDGE